FILED
SEP 30 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bishop Dan Johnson
275 Beechwood Circle
Mount Washington, Ky 40047

v.

The Honorable Barack Hussein Obama
1600 Pennsylvania Avenue, N.W.
Washington, D.C.

Case: 1:11-cv-01757
Assigned To : Wilkins, Robert L.
Assign. Date : 9/30/2011
Description: General Civil

The Honorable Michael Bloomberg
Mayor of New York City
City Hall
New York, NY 10007 (AKA Gracie Mansion in NYC)

## BIVEN'S COMPLAINT FOR RELIGIOUS DISCRIMINATION AND ABRIDGEMENT OF FREE SPEECH UNDER THE FIRST AMENDMENT

### INTRODUCTION

1. Plaintiff, Bishop Dan Johnson, brings this complaint for religious discrimination and violation of the First Amendment freedom of speech against Defendants President Barack Hussein Obama and Michael Bloomberg, Mayor of the City of New York.

2. Specifically, Defendants illegally excluded Plaintiff from the commemoration of September 11 based on religious grounds, while simultaneously promoting the furtherance of a Muslim Mosque near Ground Zero and other Muslim interests for their own personal, business or other gain.

3. Moreover, despite Bishop Johnson's participation in the September 11 ceremony for the past 9 years, Defendants refused to allow Plaintiff and other clergy to


RECEIVED Mail Room SEP 30 2011 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

participate and give prayer on the 10th anniversary of September 11, in clear violation of Plaintiff's constitutional rights under the First Amendment.

### PARTIES, JURISDICTION, AND VENUE

4. Plaintiff Dan Johnson is an American citizen. He resides at 275 Beechwood Circle, Mount Washington, Kentucky 40047.

5. Defendant Barack Hussein Obama is the President of the United States. He is being sued in his personal capacity, while acting under color of federal authority. His address is The White House, 1600 Pennsylvania Avenue, N.W., Washington, D.C. 20500.

6. Defendant Michael Bloomberg is the Mayor of New York City. He is being sued in his personal capacity, while acting under color of federal and state authority. His address is City Hall, New York, NY 10007. Defendant Bloomberg has had significant contacts with this jurisdiction in the District of Columbia, as he conspired with and acted in concert with Defendant Obama and "his" White House, in committing the unconstitutional acts alleged herein. Thus, Defendant Bloomberg sent communications to and did other acts in this jurisdiction in furtherance of the alleged unconstitutional acts against Plaintiff.

7. Jurisdiction and venue are proper because pursuant to 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." At issue here is the unconstitutional religious discrimination and abridgement of Plaintiff's Free Speech Rights under the First Amendment.

8. Jurisdiction and venue are also proper pursuant to 28 U.S.C. §1343, which states that "the district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person…To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States."

## FACTS

9. Plaintiff, Bishop Dan Johnson, pastors an evangelical Church in Louisville, Kentucky. He is a member of "The World Bishops Council."

10. In September of 2001, Bishop Johnson was working with a "Multicultural Group" of ministers to host a unity rally at "The Gardens" in Manhattan. The purpose was to promote racial unity and tolerance, locally, nationally, and internationally.

11. It was in the early morning hours of September 11, 2001 that Bishop Johnson had arrived in Manhattan. It was then that his wife called him to inform him about an "airplane accident." After the first plane flew into the World Trade Tower, he watched in horror from the observation deck at "The New Yorker Hotel" as the second plan hit. He immediately dressed in his clerical robes and went to help at a hospital.

12. Plaintiff Johnson was then asked by New York Police Department (NYPD) to set up the first morgue in the "Financial District." The "Rescue and Recovery" started at "Brooks Brothers," where Bishop Johnson cleared shelves to receive incoming victims.

13. As the number of injured and dead increased, Bishop Johnson started a ledger to catalogue bodies (and body parts) recovered.

14. Bishop John performed "Last Rites" on every one brought to him. He also prayed with other "First Responders" as they recovered their own family, friends, and fellow New Yorkers.

15. There were no other ministers available, as the Catholic Church pulled out. A few seminary students were trained who tried to work in the morgue after it transitioned to another location, but it was more than these young inexperienced ministers could handle.

16. Bishop Johnson had full access to the "Family Center," "Morgue," and "Operations Center" located on U.S. military vessels on the Hudson River.

17. Plaintiff, Bishop Dan Johnson, has regularly given convocations and spoke and prayed at the commemoration of the horrific day in American history, September 11, 2001. Plaintiff is a man of the cloth.

18. In fact, Bishop Johnson has participated in every September 11 ceremony at Ground Zero for the last 9 years and expected and had a right to expect that he would do so this year, which was the Tenth Anniversary Commemoration of September 11. Thus, this year took on added significance for Plaintiff and other Americans and people of faith everywhere who are aggrieved by the tragic events of September 11.

19. In taking part in hosting the event, Bishop Johnson bridged gaps between the families, First Responders, politicians and other religious representatives. Bishop Johnson met and had prayer with families, First responders, and political dignitaries, including Mayor Rudy Giuliani, Governor Pataki, former President George Bush, Laura Bush, Collin Powell, Condoleezza Rice and others.

20. Bishop Johnson has been a source of strength and encouragement to those who have suffered due to the attacks that took place on September 11, 2001 in Manhattan's Financial District.

21. Defendant President Barack Hussein Obama and the Mayor of New York, Michael Bloomberg, are both supporters of and have themselves furthered the building of a mosque at Ground Zero, the sacred area where September 11, 2001 took place contrary to the views and wishes of the overwhelming majority of Americans and New Yorkers in particular. Even a majority of American Muslims, it has been reported in credible polls, are against he building of a mosque at Ground Zero.

22. Such action has been taken on information and belief because President Obama is a Muslim at heart. (His father was a Muslim and is thus Muslim under Islamic law). In fact, Defendant Obama has explicitly admitted that he is Muslim. See interview with ABC's George Stephanopoulos at http://www.youtube.com/watch?v=tCAffMSWSzY&feature=related. As just one example of the President's sympathies toward Muslims and latent antipathy toward Christians and Jews, he has in the past cancelled the National Day of Prayer in the White House and instead feasted the Muslim holiday of Ramadan in the White House, using the occasion to endorse the Ground Zero Mosque. In a speech which he gave at Cairo University early during his presidency, Barack Hussein Obama dropped his first name and referred to himself as "Hussein Obama." He has shown disdain for Israeli Prime Minister Benjamin Netanyahu and has favored Muslim interests in the Middle East over

the interests of Israel, which is America's closest ally in the world. He clearly identifies with if not considers himself more Muslim than his professed Christian faith, which on information and belief was claimed for political purposes to be elected President.

23.     Mayor Bloomberg's companies have interests in the Middle East, where the Muslim faith predominates. Defendant Bloomberg has tried to curry favor with Muslim interests so that he can further his business enterprises.

24.     Thus, both Defendants have in the past favored Muslim interests over the interests of other religious denominations, such as Christians and Jews, which predominate in the United States.

25.     In years prior, Defendant Bloomberg, in his official capacity as the Mayor of New York, has sponsored and hosted a commemoration on September 11, 2001 at Ground Zero, where clergy of all faiths and dignitaries, including but not limited to the President and Vice President of the United States, are invited to speak and honor the wounded and dead.

26.     Speaking and giving prayer at this event at all material times was Plaintiff Bishop Dan Johnson, who saved lives and tended to the dead and wounded during the aftermath of September 11, 2011.

27.     This year, just weeks before the historic ten year commemoration of September 11, 2001, and a year after the issue of the Ground Zero mosque first arose, Defendant Bloomberg, under color of state and federal authority, and at the direction of President Obama, (who appeared at the commemoration incredibly for the first time) conspiring and working in concert, banned religious and Christian and Jewish speakers from the event. Defendants acted under color of state and federal authority, particularly since the City of New York and the United States pays and financially contributes in many ways, such as providing security, for this commemoration.

28.     Defendants engaged in such acts as another way to curry favor with the Muslim world. Defendants conduct coincides with their support and furtherance of the Ground Zero Mosque and other discriminatory acts, since their actions would prohibit Christian and Jewish clergy from participating at praying at this historic ten-year commemoration.

29. As for Defendant President Obama, he has previously banned the celebration of the National Day of Prayer in the White House, and instead feasted the Muslim Holiday of Ramadan, using the occasion to express his support for the Ground Zero Mosque, as set forth above. So this is not the first time that President Obama has participated in banning Christian and Jewish prayer by clergy of these faiths.

30. The actions in banning clergy of Christian and Jewish faith from the ten-year commemoration of September 11, 2011 were thus consistent with their past actions discriminating against Christians and Jews. While Defendant Bloomberg is reportedly of the Jewish faith, he is not religious, and he puts his own personal and business interests ahead of his "faith" in any event.

31. Defendants Obama's and Bloomberg's actions are discriminatory and constitute a per se violation of the First Amendment to the Constitution of the United States.

32. After ignoring correspondence from Plaintiff asking that he be permitted to participate and pray at the September 11 tenth anniversary ceremony of a few weeks ago, President Obama and Mayor Bloomberg presided and, contrary to requests to allow Plaintiff and other legitimate clergy to participate and give prayers (see Exhibit 1), did indeed refuse to do so in violation of Plaintiff's constitutional rights under the First Amendment.

## COUNT 1- RELIGIOUS DISCRIMINATION

33. Plaintiff incorporates Paragraphs 1-32 as fully stated herein.

34. Plaintiff Bishop Dan Johnson is a United States citizen.

35. As a United States citizen, he is entitled to protections of the First Amendment and is entitled to be protected against discrimination based on religious beliefs and to be accorded free speech rights.

36. Upon information and belief, Defendants deprived Bishop Johnson of his First Amendment Rights by banning his participation in the September 11 ceremony

based on his religious views, while simultaneously promoting and furthering the building of a Muslim mosque near Ground Zero as well as other discriminatory acts.

37. Defendants acted knowingly, willfully, and/or maliciously, and with the specific intent to deprive Bishop Johnson of his constitutional rights, and/or with deliberate indifference to his constitutional rights.

38. Defendants acted under color of their state and federal authority to deprive Bishop Johnson of his rights, particularly since the City of New York and the United States pays and financially contributes in many ways, such as providing security, for the September 11 commemoration.

39. There are no other effective means to vindicate Bishop Johnson's rights.

## COUNT II- ABRIDGMENT OF FREE SPEECH

40. Plaintiff incorporates Paragraphs 1-39 as fully stated herein.

41. Plaintiff Bishop Dan Johnson is a United States citizen.

42. As a United States citizen, he is entitled to the protections of the United States Constitution, including, but not limited to, the First Amendment rights of freedom of speech and expression.

43. Defendants deprived Bishop Johnson of his First Amendment Rights by banning his participation in the 10th anniversary ceremony of September 11, despite his participation in the prior nine-years and despite his involvement in saving lives and tending to the dead and wounded during the aftermath of September 11, 2011.

44. Defendants acted knowingly, willfully and/or maliciously, and with the specific intent to deprive Bishop Johnson of his constitutional rights, and/or with deliberate indifference to his constitutional rights.

45. Defendants acted under color of their authority to deprive Bishop Johnson of his rights.

46. There are no other effective means to vindicate Bishop Johnson's rights.

**WHEREFORE**, Plaintiff Bishop Dan Johnson prays for injunctive and other equitable relief, and such other relief as the court may deem just and proper, ordering Defendants President Barack Obama and Mayor Michael Bloomberg to allow him and other responsible clergy to provide for prayer at all subsequent anniversary and other commemorations of September 11, 2011. The next anniversary commemoration will occur on September 11, 2012.

Respectfully submitted,

/s/ Larry Klayman
DC Bar No.: 334581
2020 Pennsylvania Avenue NW, #345
Washington, DC 20006

Tel: 310 595 0800
leklayman@yahoo.com



# FREEDOM WATCH

www.FreedomWatchUSA.org

**World Headquarters** 2000 Pennsylvania Avenue N W  Suite 345  Washington, DC 20006-1811   (310) 595-0800   leklayman@gmail.com

Mayor Michael R. Bloomberg           September 9, 2011
City Hall
New York, NY 10007

Re: Demand to Allow Clergy to Speak at September 11, 2011 Memorial Ceremony

Dear Mayor Bloomberg:

You have banned Christian and Jewish clergy from speaking and participating in prayer at the September 11, 2011 Memorial Ceremony on the tenth anniversary of this tragic event.

Importantly, this occurred only after you invited Imam Feisal Rauf of the Ground Zero Mosque, which you support, to speak at the event. Your invitation caused a huge controversy and you had to withdraw it. Your actions in excluding Christian and Jewish clergy, but inviting a Muslim Imam, and in particular Imam Feisal Rauf, amount to religious discrimination under color of state law, as well as an abridgement of the right to free speech, among other causes of action.

I represent a group of clergy who have spoken and participated each year at the annual commemoration of September 11, 2011, sponsored and paid for in large part by the City of New York.

If you do not reverse your ban and allow my clients to participate, as they have for the previous nine years, at the September 11, 2011 Memorial Ceremony, we will file suit. Please advise me by 3 pm today on your position. You may email the response to me.

Sincerely,

FREEDOM WATCH
Larry Klayman
Chairman and General Counsel